# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 9 2014

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Scottie D. Daniels
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 8987

V.  CASE NO. 14-5173

Northwest medical Center
3000 Medical Center Pkwy
Bentonville AR 72712

(Enter above the full name of the defendant, or defendants, in this action.)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No ___✓___

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

(Revised 12/2011)

-1-

2. Court (if federal court, name the district; if state, name the county):

_____

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Benton Co Jail_

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _____    No ✓ _____

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>**FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**</u>

C. If your answer is NO, explain why not: _____

_I'm not suing the jail_

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: Scottie D Daniels

Address: 1300 SW 14th St
Bentonville AR 72712

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B. Defendant: Northwest medical

Position: medical staff

Place of Employment: Northwest medical

Address: 3000 Medical center Pkwy
Bentonville AR. 72712

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

V. Are you suing the defendants in: (check the appropriate blank)

     ____ official capacity only
     _✓__ personal capacity only
     ____ both official and personal capacity

VI. At the time of the alleged incident(s), were you:
(check the appropriate blank)

     ____ in jail and still awaiting trial on pending criminal charges
     ____ serving a sentence as a result of a judgment of conviction
     ____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _____NO_____

Please provide the date of your conviction or probation or parole revocation: __December #16 2013__

VII. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I broke my ankle they refused To Help me Due to no insurance or Mediciad,

-4-

what thay did was send me to a ANKle specialist. That wanted $2000 for a office visted That I didnt have. And my ANKle is still the same as it was them.

VIII. **Relief**

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ **Compensatory damages** (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

___ **Punitive damages** (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

**Executed this** ___16___ **day of** __May_____, 20__14__.

                                                *Scottie D Daniels*
                                                *Scottie D Daniels*
                                                **Signature of Plaintiff**

Scotte Daniels
300 SW 14th St
Bentonville, AR
72712

Legal Mail

INMATE MAIL

Sherry Gilbertson
Pro Se Law Clerk
35. East Mountain Street, Suite 510
Fayetteville, AR. 72701

Legal Mail